John M. Hannaher et al., Appellees, v. Blue Cab Company, Inc., Appellant.

Gen. No. 42,801.

278

Heard in the second division, first district, this court at the October term, 1943; opinion filed March 8, 1944. W. Harold Rutherford and Richard E. Keogh, for appellant; Fay Warren Johnson, of counsel; Joseph D. Ryan, Louis P. Miller and Clausen, Hirsh & Miller, for appellees. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.